1  ERICK GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                     UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 5:25-po-00199-CDB
12 |          Plaintiff,              | [Citation #F0IF0001 CA/40]
13 | v.                               |
14 | SEAN P. SEVILLA,                 | MOTION AND ORDER FOR DISMISSAL
15 |          Defendant.              |
16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00199-

20 CDB [Citation #F0IF0001 CA/40] against SEAN P. SEVILLA, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: August 19, 2025              Respectfully submitted,

24                                     ERIC GRANT
                                       United States Attorney
25
                                By:    /s/ *Luke Baty*
26                                     LUKE BATY
                                       Assistant United States Attorney
27

28

                                     1
                                                                           U.S. v. Sevilla
                                                                 Case No. 5:25-po-00199-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00199-CDB [Citation #F0IF0001 CA/40] against SEAN P. SEVILLA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**August 20, 2025**__              _____
                                            UNITED STATES MAGISTRATE JUDGE